# Supplemental Civil Cover Sheet for Cases Removed From State Court

**This form must be attached to the Civil Cover Sheet at the time the case is filed in the U.S. District Clerk's Office. Additional sheets may be used as necessary.**

1. **State Court Information:**

   Please identify the court from which the case is being removed and specify the number assigned to the case in that court.

   | Court | Case Number |
   |---|---|
   | 162nd District Court, Dallas County, Texas | DC-21-05524 |

2. **Style of the Case:**

   Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

   | Party and Party Type | Attorney(s) |
   |---|---|
   | Plaintiff LaShanda Johnson | See Attached. |
   |  |  |
   | Defendants Reuben Cox, TAK Trucking, Inc. and Victory Transportation, Inc. |  |
   |  |  |

3. **Jury Demand:**

   Was a Jury Demand made in State Court?    ✔ Yes        ☐ No

   If "*Yes*," by which party and on what date?

     Plaintiff                                                    4/30/2021
   Party                                                         Date

4. **Answer:**

   Was an Answer made in State Court?   ✔ Yes        ☐ No

   If "*Yes*," by which party and on what date?

   | Defendants | 8/6/2021 and 10/7/2021 |
   |---|---|
   | Party | Date |

5. **Unserved Parties:**

   The following parties have not been served at the time this case was removed:

   | Party | Reason(s) for No Service |
   |---|---|
   | N/A | |
   | | |
   | | |
   | | |
   | | |

6. **Nonsuited, Dismissed or Terminated Parties:**

   Please indicate any changes from the style on the State Court papers and the reason for that change:

   | Party | Reason |
   |---|---|
   | Kristina Dodd - Defendant | Non-suited from the case by Plaintiff. |

7. **Claims of the Parties:**

   The filing party submits the following summary of the remaining claims of each party in this litigation:

   | Party | Claim(s) |
   |---|---|
   | Plaintiff LaShanda Johnson | Plaintiff seeks personal injury damages due to motor vehicle accident. |
   | Defendants Reuben Cox; Tak Trucking, Inc., and Victor Transportation, Inc. | Defendants deny all liability. |

2.	Style of Case

**Attorneys for Plaintiff LaShanda Johnson**
Mr. Jibraeel "Jib" Zaidi
SB# 24091248
jib.zaidi@witheritelaw.com
Ms. Shelly Greco
SB# 24008168
shelly.greco@witheritelaw.com
Witherite Law Group
10440 N. Central Expy., Suite 400
Dallas, TX  75231
214-378-6665
214-378-6670 FAX

**Attorneys for Defendants Reuben Cox, Tak Trucking, inc. and Victory Transportation, Inc.:**
Douglas D. Fletcher
State Bar No. 07139500
doug.fletcher@fletcherfarley.com
Jeffrey D. Smith
State Bar No. 24063008
jeffrey.smith@fletcherfarley.com
Matthew B. Skidmore
State Bar No. 24106941
matthew.skidmore@fletcherfarley.com
Fletcher, Farley, Shipman & Salinas, L.L.P.
9201 N. Central Expressway, Suite 600
Dallas, Texas 75231
214-987-9600
214-987-9866 FAX