AIF.25775

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LASHANDA JOHNSON, <br>     Plaintiff, <br><br> VS. <br><br> REUBEN COX; TAK TRUCKING, INC.; and VICTORY TRANSPORTATION, INC., <br>     Defendants. | § § § § § § § § § § | CIVIL ACTION NO. 3:21-cv-3105 |

### DEFENDANTS' LIST OF ATTORNEYS INVOLVED IN THE CASE

Defendants **REUBEN COX; TAK TRUCKING, INC.;** and **VICTORY TRANSPORTATION, INC.** file this List of Attorneys Involved in the Case.

**Attorneys for Plaintiff LaShanda Johnson**
Mr. Jibraeel "Jib" Zaidi
SB# 24091248
jib.zaidi@witheritelaw.com
Ms. Shelly Greco
SB# 24008168
shelly.greco@witheritelaw.com
Witherite Law Group
10440 N. Central Expy., Suite 400
Dallas, TX  75231
214-378-6665
214-378-6670 FAX

**DEFENDANTS' LIST OF ATTORNEYS INVOLVED IN THE CASE - Page 1**

**Attorneys for Defendants Reuben Cox, Tak Trucking, inc. and Victory Transportation, Inc.:**
Douglas D. Fletcher
State Bar No. 07139500
doug.fletcher@fletcherfarley.com
Jeffrey D. Smith
State Bar No. 24063008
jeffrey.smith@fletcherfarley.com
Matthew B. Skidmore
State Bar No. 24106941
matthew.skidmore@fletcherfarley.com
**FLETCHER, FARLEY, SHIPMAN & SALINAS, L.L.P.**
9201 N. Central Expressway, Suite 600
Dallas, Texas 75231
Office:  (214) 987-9600 (office)
Fax:  (214) 987-9866

Respectfully submitted,

**FLETCHER, FARLEY
SHIPMAN & SALINAS, LLP**

 /s/ Jeffrey D. Smith
**DOUGLAS D. FLETCHER**
State Bar No. 07139500
Email: doug.fletcher@fletcherfarley.com
**JEFFREY D. SMITH**
State Bar No. 24063008
Email: jeffrey.smith@fletcherfarley.com
**MATTHEW B. SKIDMORE**
State Bar No. 24106941
Email: matthew.skidmore@fletcherfarley.com
9201 N. Central Expressway, Suite 600
Dallas, Texas 75231
214-987-9600
214-987-9866 fax

**ATTORNEYS FOR DEFENDANTS
REUBEN COX, TAK TRUCKING, INC. and
VICTORY TRANSPORTATION, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing instrument was electronically filed via the Court's CM/ECF system and a true and correct copy of same was delivered to all counsel of record in accordance with the FEDERAL RULES OF CIVIL PROCEDURE on this the 13th day of December, 2021.

        */s/ Jeffrey D. Smith*
        **JEFFREY D. SMITH**